**Order entered November 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00519-CV

### IN THE INTEREST OF S.V. AND S.V., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968**

## ORDER

To the extent appellant seeks reconsideration of our October 25, 2016 order deferring to the submissions panel whether the lost exhibits are necessary to the appeal's resolution, we **DENY** appellant's "motion to reconsider order on new trial based on rule 34.6(f) findings."

Appellant's brief on the merits remains due November 28, 2016.

/s/     CRAIG STODDART
            JUSTICE